**DISMISS and Opinion Filed August 2, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00697-CV**

**IN RE PUMPCO, INC, Relator**

**Original Proceeding from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-20-02772-E**

## MEMORANDUM OPINION

Before Justices Osborne, Partida-Kipness, and Smith
Opinion by Justice Osborne

Before the Court is relator Pumpco, Inc.'s Unopposed Motion to Dismiss Petition for Writ of Mandamus. In its motion, relator informs the Court that relator and real party in interest Anastacio Rodriguez have settled this matter. Accordingly, we grant the motion and dismiss this original proceeding.

220697f.p05

/Leslie Osborne/
LESLIE OSBORNE
JUSTICE